# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRACY WALLACE, CHAD WALLACE and BOBBIE HOTEMA, ) ) ) Plaintiffs, ) ) v. ) ) EQUITY INSURANCE COMPANY and ) CCC INFORMATION SERVICES, INC., ) ) Defendants. ) | CASE No.: 6:16-cv-00130-JHP |

## STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated and agreed between and among Plaintiffs Tracy Wallace, Chad Wallace and Bobbie Hotema (collectively "Plaintiffs") and Defendant Equity Insurance Company ("Equity") and Defendant CCC Information Services, Inc. ("CCC") by their respective attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims asserted by Plaintiffs against Equity and/or CCC in the above-captioned action are dismissed with prejudice and without fees or costs to any party.

STIPULATED AND AGREED BY:

/s/ Jonathan H. Waller
JONATHAN WALLER ASB 0725-L53J
Waller Law Office, PC
2001 Park Place Suite 900
Birmingham, AL 35203
jwaller@waller-law.com
(205) 313-7330

/s/ Mark H. Colbert
MARK H. COLBERT, OBA #10045
Colbert Law Offices
200 Stanley Street S.W.
P.O. Box 2169
Ardmore, Oklahoma 73402
colbertlawoffices@yahoo.com
(580) 226-1911
*Attorneys for Plaintiffs Tracy Wallace, Chad Wallace and Bobbie Hotema*

/s/ R. Ryan Deligans
R. Ryan Deligans
Andrew M. Gunn
Katherine T. Loy
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
rdeligans@dlb.net
agunn@dlb.net
kloy@dlb.net
*Attorneys for Defendant Equity Insurance Company*


/s/ John R. Woodard. III
John R. Woodard, III
Harry A. Parrish
COFFEY, SENGER & MCDANIEL, P.L.L.C.
4725 East 91st Street, Suite 100
Tulsa, OK 74137
P: 918.292.8787
F: 918.292.8788
john@csmlawgroup.com
harry@csmlawgroup.com

/s/ Timothy B. Hardwicke
Timothy B. Hardwicke
GoodSmith Gregg & Unruh LLP
150 S Wacker Drive, Ste 3150
Chicago, IL 60606
THardwicke@ggulaw.com
*Attorneys for Defendant CCC Information Services Inc.*